**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-6332**

───────────

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

ERIC WHEELER, a/k/a "E",

　　　　　Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western
District of North Carolina, at Shelby.　Martin K. Reidinger,
District Judge.　(4:96-cr-00053-MR-2)

───────────

Submitted:　May 23, 2013　　　　　　Decided:　May 29, 2013

───────────

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Eric Wheeler, Appellant Pro Se.　Richard Lee Edwards, Amy
Elizabeth Ray, Assistant United States Attorneys, Jill
Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY,
Asheville, North Carolina; Adam Christopher Morris, OFFICE OF
THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Wheeler appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Wheeler</u>, No. 4:96-cr-00053-MR-2 (W.D.N.C. Feb. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2